| | |
|---|---|
| 1 | DAVID A. DILLARD, CA Bar No. 97515 |
| 2 | david.dillard@cph.com<br>CHRISTIE, PARKER & HALE, LLP |
| 3 | 655 N. Central Avenue, Suite 2300<br>Post Office Box 29001 |
| 4 | Glendale, California 91209-9001<br>Telephone: (626) 795-9900 |
| 5 | Facsimile: (626) 577-8800 |
| 6 | Attorneys for Plaintiff,<br>WINTERBORNE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINTERBORNE, INC., | | Case No. |
| | Plaintiff, | SACV12 456 AG(RNBx) |
| vs. | | |
| SEA GATE TECHNOLOGY, LLC; a Delaware Corporation; FUJIFILM NORTH AMERICA, CORPORATION, a New York corporation; ROKU, INC., a Delaware corporation and VIZIO, INC., a Washington corporation, | | NOTICE OF RELATED CASES |
| | Defendants. | |

In compliance with Local Rule 83.1.3 of the United States District Court for the Central District of California, Plaintiff Winterborne, Inc. gives notice that this case is not related to any other matters, either pending or previously filed.

DATED: March 21, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _David A. Dillard_____
David A. Dillard

Attorneys for Plaintiff,
WINTERBORNE, INC.

RG PAS1165555.1-*-03/21/12 3:12 PM

-1-