Robert J. Lauson, Esq., CA Bar No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California  90245
Tel.   (310) 726-0892
Fax   (310) 726-0893

Attorneys for Defendants
FUJIFILM North America Corporation
Roku, Inc., Vizio, Inc., and AVC Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DISTRICT

| | |
|---|---|
| WINTERBORNE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJIFILM NORTH AMERICA CORPORATION, a New York corporation; ROKU, INC., a Delaware corporation and VIZIO, INC. a Washington corporation; and SVC Corporation, a California corporation <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO.: SACV 12-00456 AG (RNBx) <br><br> Defendants' Notice of Motion and Motion for Summary Judgment <br><br> Date:   June 29, 2015 <br> Time:   10:00am <br> Place:   10D (Santa Ana) <br><br> Hon. Andrew J. Gilford |

TO PLAINTIFF AND ATTORNEY OF RECORD:

   NOTICE IS HEREBY GIVEN that on June 29, 2105 at 10:00 am, or as soon as this motion may be heard, at the above identified courtroom of the Honorable Andrew J. Gilford, Defendants Fujifilm North America, Roku, Inc., Vizion, Inc., and AVC Corporation will and hereby do move the Court for summary judgment on the grounds that there is no genuine issue as to any material fact and that the

moving party is entitled to judgment as matter of law, for the reason Plaintiff's patents in-suit are all invalid. Defendants are also requesting that reasonable attorney fees be awarded for defending the action and bringing this motion, in the amount of $110,000.

  This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations of Robert J. Lauson and Aaron McGushion, a Request to take Judicial Notice, the Separate Statement of Uncontroverted Facts and Conclusion of Law, the (Proposed) Judgment, all pleading and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

  This motion is made following the conference of Counsel pursuant to Local Rule 7-3 which took place on March 18, 2015.

Respectfully submitted,

LAUSON & TARVER LLP

Dated: June 1, 2015  By: _____
Robert J. Lauson, Esq.
Attorneys for Defendants
FUJIFILM North America Corporation, Roku, Inc., Vizio, Inc., AVC Corporation